AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>6900 E. Belleview Avenue Suite 205, Greenwood Village<br>Colorado 80111 further described in Attachment A | )<br>)<br>)  Case No.    19-sw-5660-STV<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Colorado_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A attached hereto and hereby incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B attached hereto and hereby incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before    July 8, 2019    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Scott T. Varholak    .
                                                                                                *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    6/24/2019, 9:54 a.m.                                    *[signature]*
                                                                                              *Judge's signature*

City and state:    Denver, CO                                    Scott T. Varholak, U.S. Magistrate Judge
                                                                                          *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. <br><br><br>Date: _____                          _____<br>                                                                                                           *Executing officer's signature*<br><br>                                                                         _____<br>                                                                                                              *Printed name and title* |

## ATTACHMENT A

### DESCRIPTION OF LOCATION TO BE SEARCHED

**Address:** 6900 E. Belleview Avenue, Suite 205, Greenwood Village, Colorado 80111

**Property Description:** A second floor office space located in a three-story office building. The three-story office building is located in a business complex comprised of two buildings and is the west building. The business complex is south of East Belleview Avenue, east of South Quebec Street, and west of South Monaco Street. The three-story office building faces northeast towards Belleview Avenue. The three-story office building is dark beige with cream-colored trim, dark windows, and the numbers "6900" in black are set vertically on cream-colored trim at about the level of the third floor just to the left of the main entrance to the office building. The name "Crestcom" is displayed on the front of the building above a third floor balcony. Suite 205 can be accessed by entering the main entrance to the office building on the ground level at the front of the building, and taking the elevator to the second floor. A directory posted on the main floor on the wall to the right of the elevator has "6900 E. BELLEVIEW" across the top and lists "Howard S. Weiss M.D." with "205" among the other tenants. From the elevator on the second floor, turn right and walk down the hall. Suite 205 is the third door on the left and across from the women's restroom. A brown wood-effect plaque with dark-colored numbers "205" on a silver-colored band across the top and light-colored name "Howard S. Weiss, M.D." in the middle is fixed to the wall to the left of a very short hallway. At the end of the very short hallway is a brown wood-effect door surrounded by a darker brown trim. The silver-colored door handle and separate silver-colored deadbolt lock are on the left side of the door. A brass-colored mail slot is located in the lower middle portion of the door.





## ATTACHMENT B

A. Patient medical records, charts, private insurance records, scheduling records, billing records, files and notes relating to the following patients (such records are usually maintained both in hardcopy form and on computer systems), identified herein by initials:

1. Patient B.E.
2. Patient Jo.Fa.
3. Patient Wa.Johnc. and Wa.Johna.
4. Patient Sa.Pr.
5. Patient Da.St.
6. Patient P.V.
7. Patient C.A.
8. Patient K.A.
9. Patient M.A.
10. Patient D.A.
11. Patient R-T.B.
12. Patient E.B.
13. Patient L.B.
14. Patient Ry.Br.
15. Patient P.C.
16. Patient An.Ci.
17. Patient Ja.De.
18. Patient G.E.
19. Patient Ja.Fi.

20. Patient L.F.

21. Patient J.H.

22. Patient S.H.

23. Patient A.H.

24. Patient P.H.

25. Patient E.H.

26. Patient B.K.

27. Patient Ky.Ke.

28. Patient P.K.

29. Patient Ke.Ke.

30. Patient J.K.

31. Patient S.K.

32. Patient M.K.

33. Patient X.L-B.

34. Patient C.L.

35. Patient Tr.Ma.

36. Patient Th.Ma.

37. Patient D.M.

38. Patient A.M.

39. Patient P.M.

40. Patient W.P.

41. Patient Th.Ri.

42. Patient Ch.Ri.

43. Patient Je.Ra.

44. Patient B.R.

45. Patient E.S.

46. Patient Do.Su.

46. Patient WR.T.

48. Patient J.T.

49. Patient Ty.Wa.

50. Patient B.Wh.

51. Patient B.Z.

52. Patient Co.Be.

53. Patient Kr.Bi.

54. Patient J.C.

55. Patient M.C.

56. Patient Ch.Co.

57. Patient Am.Cr.

58. Patient Ch.Cu.

59. Patient Au.Da.

60. Patient Ra.Da.

61. Patient K.E.

62. Patient B.F.

63. Patient A.G.

64. Patient Je.Lo.

65. Patient L.L.

66. Patient Am.Ma.

67. Patient K.M.

68. Patient S.N.

69. Patient Da.Sp.

70. Patient Ry.Ro.

71. Patient J.S.

72. Patient F.S.

73. Patient Tr.Ye.

74. Patient S.A.

75. Patient T.B.

76. Patient J.C-L.

77. Patient N.D.

78. Patient St.Le.

79. Patient Sh.Li.

80. Patient H.M.

81. Patient Mi.Po.

82. Patient Co.Ro.

83. Patient Jo.Sc.

84. Patient Da.So.

85. Patient S.VD.

86. Patient Be.Wa.

87. Patient G.K.

B.     Records relating to violations of:

(1) Title 21, U.S.C. Sections 841 (a)(1), 841 (b)(1)(C), 843, and 846, and Title 21 Code of Federal Regulations (CFR) Sections 1306.04 and 1306.05 (Dispensing or Distribution of Controlled Substances without a Legitimate Medical Purpose, and Conspiracy);

(2) Title 18 U.S.C. Sections 1956 and 1957 (Money Laundering); and

(3) Title 31 U.S.C. Sections 5324 and 5313 (Structuring Financial Transactions);

involving Dr. Howard Weiss and/or his medical practice for the period of January 2014 to present.

Such records include:

(1)   Records related to, used in, or resulting from the preparation or presentment of federal or state income tax returns and amended tax returns consisting of:

- state and federal tax returns including amended returns
- treasury checks
- work papers, notes, questionnaires, memoranda, e-mails, or correspondence related to the preparation or presentation of tax returns
- records related to the preparation of state or federal tax returns

(2)   Records related to the financial transactions of the above entity or individual to include:

- bank records, including checking, savings or investment accounts, and connected items such as account statements, canceled checks, deposit tickets, account registers, ledgers, e-mails, wire transfers, related correspondence, safe deposit box keys, and safe deposit box records
- general ledger, books or journals related to financial transactions
- gross receipts, income records, cash receipts and disbursement records
- payroll, payment and personnel records for employees, independent contractors and/or sub-contractors
- records reflecting the disposition of funds or purchase of assets
- payments, agreements, or other financial transactions showing a relationship between or amongst any of the above entities or individuals

5

- security safes on the premises

  (3) Records related to advertisements, solicitations or promotional materials connected to the above individual or entity to include:

- brochures, fliers, business cards, advertisements, web page or internet displays, offerings, or descriptions of services, nature of business, and employees

  (4) Records related to communications between Dr. Weiss or his practice and any financial institution including letters, notes and e-mails.

The term "records" include all of the above items of evidence in whatever form and by whatever means they may have been created or stored, including any copies, drafts, electrical, electronic, or magnetic form (such as any information on any electronic or magnetic storage device, including DVDs, floppy diskettes, hard disks, hard drives, ZIP disks, CD-ROMS, optical discs, backup tapes, printer buffers, smart cards, pagers, personal digital assistants such as Palm Pilot or Blackberry computers, as well as printouts or readouts from any magnetic storage device); any handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing); and any photographic form (such as prints, slides, negatives, videotapes, cassette tapes, DVDs, or photocopies).

C. Any computers (including desktop computers, laptop computers, and storage devices such as hard drives) that were or may have been used as a means to prepare or present financial records or statements or false income tax returns over the internet or by creating such returns and then sending them by mail, or which may contain the items sought in Sections A and B above.