IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No.    19-sw-5660-STV

IN THE MATTER OF THE SEARCH OF:

6900 E. Belleview Avenue, Suite 205,
Greenwood Village, Colorado 80111

*Filed Under Restriction*

---

ORDER TO RESTRICT CASE

---

Upon the motion of the United States of America, and for good cause shown,

IT IS ORDERED that the Search Warrant, Application, and Affidavit for Search Warrant in the above-named matter, as well as the Government's Motion to Restrict and this Order, are restricted at a Level 3 restriction, and will be "Viewable by Filer & Court Only."

DATED this   24th   day of June, 2019.

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO