**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-sw-05660-STV

IN THE MATTER OF THE SEARCH OF
6900 E. Belleview Avenue Suite 205,
Greenwood Village Colorado 80111
further described in Attachment A

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*11:37 am, Jul 30, 2021*
**JEFFREY P. COLWELL, CLERK**

**FILED UNDER RESTRICTION**

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:      The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this

court, and I appear in this case as counsel for the United States of America.

DATED in Denver, Colorado this 30th day of July, 2021.


MATTHEW T. KIRSCH
ACTING UNITED STATES ATTORNEY

By:      *s/ Bryan Fields*
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0251
Fax: 303-454-0405
Email: bryan.fields3@usdoj.gov
Attorney for the Government

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on this 30th day of July, 2021, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: <u>*s/ Danielle Storinsky*</u>
Legal Assistant
United States Attorney's Office