IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-sw-05660-STV

IN THE MATTER OF THE SEARCH OF
6900 E. Belleview Avenue Suite 205,
Greenwood Village Colorado 80111
further described in Attachment A

**FILED UNDER RESTRICTION**

_____

**UNITED STATES' MOTION TO UNRESTRICT CASE**
_____

COMES NOW the United States of America, by and through Bryan D. Fields, Assistant United States Attorney, and respectfully moves the Court for an Order unrestricting the above-named matter. As grounds therefore, the United States submits the following:

The defendant has been charged and the reasons originally supporting restriction no longer apply. The government seeks to produce these materials to the defendant as part of discovery in 21-cr-00233-DDD.

WHEREFORE, it is respectfully requested that this case be unrestricted.

DATED this 6th day of August 2021.

                                            Respectfully submitted,

                                            MATTHEW T. KIRSCH
                                            Acting United States Attorney

By:   *s/ Bryan D. Fields*
        Bryan D. Fields
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202

1

2

Telephone: (303) 454-0251
Email: bryan.fields3@usdoj.gov
Attorney for the Government

2