IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-sw-05660-STV

IN THE MATTER OF THE SEARCH OF
6900 E. Belleview Avenue Suite 205,
Greenwood Village Colorado 80111
further described in Attachment A

**FILED UNDER RESTRICTION**

_____

**ORDER TO UNRESTRICT CASE**

_____

THIS MATTER comes before the Court on the United States' Motion to Unrestrict Case, and the Court being fully apprised, ORDERS that the Motion is GRANTED and this case is unrestricted.

SO ORDERED this __6th__ day of __August__, 2021.

BY THE COURT:

_____
HON. SCOTT T. VARHOLAK
United States Magistrate Judge